UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :   MISDEMEANOR
                                    :   INFORMATION
            -v.-                    :
                                    :
LOUIS LOWELL MCGUINN,               :   07 Cr.
a/k/a "Lowell Craig McGuinn"        :
                                    :   07CRIM. 471
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

From at least in or about May 2005 through in or about December 2006, in the Southern District of New York and elsewhere, LOUIS LOWELL MCGUINN, a/k/a "Lowell Craig McGuinn," the defendant, knowingly wore, manufactured, and sold decorations and medals authorized by Congress for the armed forces of the United States, and service medals and badges awarded to the members of such forces, and the ribbons, buttons, and rosettes of such badges, decorations, and medals, and any colorable imitation thereof, without being authorized under regulations made pursuant to law, to wit, MCGUINN fraudulently held himself out to be a lieutenant colonel and wore unearned service medals without authorization to do so, including a Distinguished Service Cross, Purple Hearts, and a Silver Star, among others, at a social function in Manhattan, among other places.

(Title 18, United States Code, Section 704(a).)

_____
MICHAEL J. GARCIA
United States Attorney

SDNY
ENT
ONICALLY FILED

MAY 29 2007