AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

United States

v.

Louis Lowell McGuinn

Defendant

**APPEARANCE**

Case Number:  07 CR 471

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LOUIS LOWELL MCGUINN

I certify that I am admitted to practice in this court.

| 6/4/2007 | |
|---|---|
| Date | Signature |

| Xavier R. Donaldson | XRD2485 |
|---|---|
| Print Name | Bar Number |

103 E. 125th Street, Suite 1102
Address

| New York | NY | 10035 |
|---|---|---|
| City | State | Zip Code |

| (212) 722-4900 | (212) 722-4966 |
|---|---|
| Phone Number | Fax Number |