UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,            :          **ORDER**

      -against-                                    :          07 Crim. 471 (KNF)

                                                             :

LOUIS MCGUINN,

                                                             :

      Defendant.
------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a conference will be held in the above-captioned action

on June 19, 2007, at 12:00 p.m., in courtroom 20A, 500 Pearl Street, New York, New York.

Dated: New York, New York          SO ORDERED:
      June 15, 2007

                                                          _____
                                                         KEVIN NATHANIEL FOX
                                                         UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/18/07