# DONALDSON, CHILLIEST & McDANIEL, LLP

Xavier R. Donaldson
Anthony S. Chilliest
Erika McDaniel Edwards
Thomas B. Donaldson
*Member NY, NJ & GA Bar

Attorneys at Law
103 East 125th Street, Suite 1102
New York, New York 10035
Telephone (212) 722-4900
Facsimile (212) 722-4966

Ozro Thaddeus Wells
Of Counsel

622 Bloomfield Avenue, lower level
Bloomfield, New Jersey 07003
(973) 743-4700

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/3/07

July 3rd 2007



VIA FACSIMILE 212-805-6712[1]

Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Louis Lowell McGuinn*
07 Mag 655 (KNF)

Dear Judge Fox:

As this Court is aware, I represent Louis Lowell McGuinn in the above referenced matter. I write to request the Court's permission for Mr. McGuinn to travel to Saddlebrook, New Jersey (Saddlebrook Marriott) on July 5th 2007 for a business meeting and return on July 5th 2007. I have spoken to AUSA Michael M. Rosensaft and he has consented to Mr. McGuinn's travel.

If there are any questions or additional information needed, please contact me.

7/3/07
Application granted.
SO ORDERED:

*(signature)*
Hon. Kevin Nathaniel Fox
United States Magistrate Judge

Sincerely,
*(signature)*
Xavier R. Donaldson

---

[1] We are faxing this document because our scanning equipment necessary for ECF is not functioning.