| Xavier R. Donaldson<br>Anthony S. Chilliest<br>Erika McDaniel Edwards*<br>Thomas B. Donaldson<br>*Member NY, NJ & GA Bars | **DONALDSON, CHILLIEST & McDANIEL, LLP**<br>Attorneys at Law<br>103 East 125th Street, Suite 1102<br>New York, New York 10035<br>Telephone (212) 722-4900<br>Facsimile (212) 722-4966 | Otto Thaddeus Wells<br>Of Counsel<br>622 Bloomfield Avenue, lower level<br>Bloomfield, New Jersey 07003<br>(973) 743-4700 |

# MEMO ENDORSED

July 12th 2007



JUL 1 2 2007

KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

VIA FACSIMILE 212-805-6712[1]

Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Louis Lowell McGuinn*
            07 Mag 655 (KNF)

Dear Judge Fox:

    As this Court is aware, I represent Louis Lowell McGuinn in the above referenced matter. I write to request the Court's permission for Mr. McGuinn to travel to 109 Springbrook Court, Shohoza, Pennsylvania from Friday, July 13th 2007 to Sunday July 15th 2007. The purpose of the trip is to visit his godchildren and take his son fishing. I have reached out to AUSA Michael M. Rosensaft and await his response.

    If there are any questions or additional information needed, please contact me.

7/12/07
Application Granted.

SO ORDERED:
*Kevin Nathaniel Fox*
Hon. Kevin Nathaniel Fox
United States Magistrate Judge

Sincerely,
Xavier R. Donaldson

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/12/07

---

[1] We are faxing this document because our scanning equipment necessary for ECF is not functioning.