| | **DONALDSON, CHILLIEST & MCDANIEL, LLP** | |
|---|---|---|
| Xavier R. Donaldson<br>Anthony S. Chilliest<br>Erika McDaniel Edwards*<br>Thomas B. Donaldson<br>*Member NY, NJ & GA Bars | Attorneys at Law<br>103 East 125th Street, Suite 1102<br>New York, New York 10035<br>Telephone (212) 722-4900<br>Facsimile (212) 722-4966 | Ozro Thaddeus Wells<br>Of Counsel<br>622 Bloomfield Avenue, lower level<br>Bloomfield, New Jersey 07003<br>(973) 743-4700 |

**MEMO ENDORSED**

July 19th 2007

[RECEIVED JUL 1 9 2007 U.S. MAGISTRATE JUDGE]

VIA FACSIMILE 212-805-6712

Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Louis Lowell McGuinn
      07 Mag 655 (KNF)

Dear Judge Fox:

As this Court is aware, I represent Louis Lowell McGuinn in the above referenced matter. With the Government's consent, I am requesting a one (1) week extension to July 26th 2007 to file motions. Of course if this request is granted, I would have no objection to extending the Government's time for a response.

If there are any questions or additional information needed, please contact me.

Sincerely,

Xavier R. Donaldson

7/19/07
Application granted.
The dates noted in the Court's
June 20, 2007 order, pursuant to
motion practice, and the time
excluded from the Speedy Trial
Act calculation are enlarged
by one week.
SO ORDERED:

Kevin Nathaniel Fox
Hon. Kevin Nathaniel Fox
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/19/07