| Xavier R. Donaldson<br>Anthony S. Chilliest<br>Erika McDaniel Edwards*<br>Thomas B. Donaldson<br>*Member NY, NJ & CA Bars | **DONALDSON, CHILLIEST & McDANIEL, LLP**<br>Attorneys at Law<br>103 East 125th Street, Suite 1102<br>New York, New York 10035<br>Telephone (212) 722-4900<br>Facsimile (212) 722-4966 | Ozro Thaddeus Wells<br>Of Counsel<br>622 Bloomfield Avenue, lower level<br>Bloomfield, New Jersey 07003<br>(973) 743-4700 |
|---|---|---|

# MEMO ENDORSED

July 26th 2007

<u>VIA FACSIMILE 212-805-6712</u>



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/30/07

JUL 2 7 2007

Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Louis Lowell McGuinn*
        07 Mag 655 (KNF)    07 cr 471

Dear Judge Fox:

As this Court is aware, I represent Louis Lowell McGuinn in the above referenced matter. With the Government's consent, and due to significant personal reasons that occurred within the last seven (7) days, I unfortunately have to request an additional week to complete and file motions. Of course if this request is granted, I would have no objection to extending the Government's time for a response.

If there are any questions or additional information needed, please contact me.

Sincerely,

Xavier R. Donaldson

7/30/07
Application granted.
The dates noted in the Court's
June 20, 2007 order, pertinent
to motion practice, and the time
excluded from the Speedy Trial Act
Calculation, which have been entered
previously, are enlarged by one week.

Returned to chambers for scanning on 7/31/07.
Scanned by chambers on 8/2/07