| | DONALDSON, CHILLIEST & McDANIEL, LLP | |
|---|---|---|
| Xavier R. Donaldson<br>Anthony S. Chilliest<br>Erika McDaniel Edwards*<br>Thomas B. Donaldson<br>*Member NY, NJ & GA Bars | Attorneys at Law<br>103 East 125th Street, Suite 1102<br>New York, New York 10035<br>Telephone (212) 722-4900<br>Facsimile (212) 722-4966 | Ozro Thaddeus Wells<br>Of Counsel<br>622 Bloomfield Avenue, lower level<br>Bloomfield, New Jersey 07003<br>(973) 743-4700 |



## MEMO ENDORSED

October 23, 2007



VIA FACSIMILE 212-805-6712[1]

Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Louis Lowell McGuinn
      ~~07 Mag 655 (KNF)~~  07 CRIM. 471 (KNF)

Dear Judge Fox:

As this Court is aware, I represent Louis Lowell McGuinn in the above referenced matter scheduled for conference tomorrow at noon in courtroom 5A. With the Government's consent, I am requesting that the conference be adjourned until November 5th 2007 at anytime convenient to the Court or any date thereafter excluding November 7 and 8, 2007. I am requesting this adjournment because I received a message from my client when I arrived in my office (late this afternoon) that he was in the emergency room and may require surgery. After receiving that message, I immediately contacted the Assistant U.S. Attorney Rosensaft requesting his consent which was promptly given. OF course, should the Court grant my request, I am consenting to the exclusion of any Speedy Trial time related to this adjournment.

If there are any questions or additional information needed, please contact me via cell phone at 646-528-0108.

Sincerely,

Xavier R. Donaldson

10/24/07
Application granted.
The conference will be held on
November 5, 2007, at 2:30 p.m. in
courtroom 6A. The time between
October 24, 2007, and November 5, 2007,
is excluded from the Speedy Trial Act
calculation. See 18 U.S.C. § 3161(h)(3)(A).
               SO ORDERED:
               /Kevin Nathaniel Fox/, U.S.M.J.

---

[1] We are faxing this document because of the urgency of the letter.