**DONALDSON, CHILLIEST & MCDANIEL, LLP**
Attorneys at Law
103 East 125th Street, Suite 1102
New York, New York 10035
Telephone (212) 722-4900
Facsimile (212) 722-4966

Xavier R. Donaldson
Anthony S. Chilliest
Erika McDaniel Edwards*
*Member NY, NJ & GA Bars

Otto Thaddeus Wells
Thomas B. Donaldson
Of Counsel

622 Bloomfield Avenue, lower level
Bloomfield, New Jersey 07003
(973) 743-4700

**MEMO ENDORSED**

November 2, 2007

VIA FACSIMILE 212-805-6712
Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Louis Lowell McGuinn*
07 Cr. 471 (KNF)

Dear Judge Fox:

As this Court is aware, I represent Louis Lowell McGuinn in the above referenced matter scheduled for conference on November 5, 2007 at 2:30 pm. Unfortunately (and related to the last letter dated October 23, 2007), Mr. McGuinn is scheduled for a surgical procedure on November 5, 2007 at 10:00 am at Flushing Hospital. As such and with the consent of the Government, I am requesting that the conference be adjourned for November 20, 2007 or any date after Thanksgiving that is convenient to the Court. Of course, should the Court grant my request, I am consenting to the exclusion of any Speedy Trial time related to this adjournment under the Speedy Trial Act, 18 U.S.C. Section 3161(h)(3)(A).

If there are any questions or additional information needed, please don't hesitate to contact me.

Sincerely,

Xavier R. Donaldson

cc: AUSA Michael Rosensaft
212-637-2527

[Handwritten endorsement: 11/2/07 The Application granted. Conference will be held on November 26, 2007, at 10:30 a.m. in courtroom 20A. The time between November 5, 2007, and November 26, 2007 is excluded from the Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(3)(A). SO ORDERED: /Kevin Nathaniel Fox/ KEVIN NATHANIEL FOX, U.S.M.J.]