UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,            :

        vs.                                                       :

LOUIS LOWELL MCGUINN,                :
aka "Lowell Craig McGuinn,"

                                      :

        Defendant.
------------------------------------------------------x

ORDER

07 Cr. 471 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A pretrial conference was held with counsel to the parties and the defendant on November 26, 2007. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that the non-jury trial of this criminal action will commence on December 13, 2007, at 10:00 a.m., in Courtroom 20A, 500 Pearl Street, New York, New York. The parties are advised that all witnesses must be available at the time of trial to avoid any interdiction in the flow of trial testimony.

Dated: New York, New York
          November 26, 2007

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies sent via facsimile to:

Michael Rosenstaft, Esq.
Xavier Donaldson, Esq.