UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

      -against-

LOUIS LOWELL MCGUINN, a/k/a LOWEL
CRAIG MCGUINN,
                 Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/05/08
```

ORDER
07 Cr. 471 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that sentencing in the above captioned case, scheduled previously for February 12, 2008, at 10:30 a.m., will be held on February 22, 2008, at 10:30 a.m.

Dated: New York, New York
       February 4, 2008

SO ORDERED:

*/s/ Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE