<␀
