# UNITED STATES ARMED FORCES AWARDS, DECORATIONS, CAMPAIGN & SERVICE MEDALS

## ORDER OF PRECEDENCE

**(all ribbons linked to respective pages)**



| MEDAL OF HONOR | DISTINGUISHED SERVICE CROSS | DISTINGUISHED SERVICE MEDAL | SILVER STAR |
| LEGION OF MERIT | Distinguished Flying Cross | SOLDIER'S MEDAL | BRONZE STAR MEDAL |
| PURPLE HEART | Meritorious Service Medal | AIR MEDAL | AIR FORCE AERIAL ACHIEVEMENT MEDAL |
| ARMY COMMENDATION MEDAL | ARMY ACHIEVEMENT MEDAL | PRISONER OF WAR MEDAL | GOOD CONDUCT MEDAL |
| Reserve Components Achievement Medal | CIVIL WAR CAMPAIGN MEDAL | INDIAN CAMPAIGN MEDAL | SPANISH CAMPAIGN MEDAL |

| | | | |
|---|---|---|---|
| SPANISH WAR SERVICE MEDAL | CUBAN OCCUPATION MEDAL | PUERTO RICAN OCCUPATION MEDAL | PHILIPPINE CAMPAIGN MEDAL |
| PHILIPPINE CONGRESSIONAL MEDAL | CHINA CAMPAIGN MEDAL | CUBAN PACIFICATION MEDAL | MEXICAN SERVICE MEDAL |
| MEXICAN BORDER SERVICE MEDAL | WORLD WAR I VICTORY MEDAL | OCCUPATION OF GERMANY WW I | AMERICAN DEFENSE MEDAL |
| WOMEN'S ARMY CORPS MEDAL | AMERICAN CAMPAIGN MEDAL | ASIATIC-PACIFIC CAMPAIGN MEDAL | EUROPEAN-AFRICAN-MIDDLE EASTERN MEDAL |
| WORLD WAR II VICTORY MEDAL | ARMY OF OCCUPATION MEDAL | MEDAL FOR HUMANE ACTION | NATIONAL DEFENSE SERVICE MEDAL |
| KOREAN SERVICE MEDAL | ANTARCTICA SERVICE MEDAL | ARMED FORCES EXPEDITIONARY MEDAL | VIETNAM SERVICE MEDAL |
| SOUTHWEST ASIA SERVICE MEDAL | KOSOVO CAMPAIGN MEDAL | AFGHANISTAN CAMPAIGN MEDAL | IRAQ CAMPAIGN MEDAL |

Global War on Terrorism Expeditionary Medal

GLOBAL WAR ON TERRORISM SERVICE MEDAL

KOREA DEFENSE SERVICE MEDAL

ARMED FORCES SERVICE MEDAL

HUMANITARIAN SERVICE MEDAL

MILITARY OUTSTANDING VOLUNTEER SERVICE MEDAL

ARMY SEA DUTY RIBBON

ARMED FORCES RESERVE MEDAL

NCO PROFESSIONAL DEVELOPMENT RIBBON

ARMY SERVICE RIBBON

OVERSEAS SERVICE RIBBON

RESERVE COMPONENTS OVERSEAS TRAINING RIBBON

CROIX DE GUERRE FRANCE

CROIX DE GUERRE BELGIUM

VARIOUS DESIGNS

UN PEACEKEEPING MEDALS

NATO MEDAL

VIETNAM GALLANTRY CROSS

REPUBLIC OF VIETNAM CAMPAIGN MEDAL

KUWAIT LIBERATION MDL (GOVT OF SAUDI ARABIA)

KUWAIT LIBERATION MEDAL (GOVT OF KUWAIT)



# Unit Awards


**ARMY PRESIDENTIAL UNIT CITATION**


**JOINT MERITORIOUS UNIT AWARD**


**ARMY VALOROUS UNIT AWARD**


**ARMY MERITORIOUS UNIT AWARD**


**ARMY SUPERIOR UNIT AWARD**


**PHILIPPINE PRESIDENTIAL UNIT CITATION**


**REPUBLIC OF KOREA PRESIDENTIAL UNIT CITATION**


**REPUBLIC OF VIETNAM PRESIDENTIAL UNIT CITATION**


**VIETNAM GALLANTRY CROSS UNIT CITATION**


**VIETNAM CIVIL ACTIONS UNIT CITATION**


Go To The Institute of Heraldry