**DONALDSON, CHILLIEST & McDANIEL, LLP**

Xavier R. Donaldson
Anthony S. Chilliest
Erika McDaniel Edwards
*Member NJ & NY Bar

Attorneys at Law
103 East 125th Street, Suite 1102
New York, New York 10035
Telephone (212) 722-4900
Facsimile (212) 722-4966

Otto Thaddeus Wells
Thomas B. Donaldson
Of Counsel

622 Bloomfield Avenue, lower level
Bloomfield, New Jersey 07003
(973) 743-4700

**RECEIVED**

MAR 25 2008

CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

**MEMO ENDORSED**

March 25, 2008

**BY FACSIMILE**
The Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 540
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/25/08

Re:    *United States v. Louis Lowell McGuinn*
        **07 Cr. 471**

Dear Judge Fox,

As this Court is aware, I represent Mr. McGuinn in the above referenced matter. Pursuant to this Court's order, Mr. McGuinn was re-interviewed by the Probation Department and a report was issued on March 20, 2008. I have provided Mr. McGuinn a copy of that report and am currently in the process of reviewing that report with him and finalizing my Pre-sentencing related to the new information in the report and other new matters. Pursuant to my letter dated March 17, 2008, with the Government's permission, I am requesting April 2, 2008 for sentencing. This will allow adequate time to review the new Probation Report with Mr. McGuinn and finalize any Pre-Sentencing submission.

3/25/08
Application granted. The sentencing
proceeding will be held in courtroom 5,
500 Pearl Street, New York, New York.
        SO ORDERED:
        Kevin Nathaniel Fox, USMJ

Sincerely,

Xavier R. Donaldson

cc:    AUSA Michael Rosensaft